IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>MELISSA R. JANOSEK,<br><br>    Defendant.<br>_____/ | No. C -12-02174 EDL<br><br>**ORDER REGARDING PLAINTIFF'S FILINGS** |

Plaintiff filed this action on May 1, 2012. Upon the filing of the complaint, the Court issued a scheduling order for cases asserting denial of the right of access under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12131-89. On June 5, 2012, Plaintiff filed a document stating that this case does not arise under the Americans with Disabilities Act, but instead arises under 18 U.S.C. § 242, which is pled in his original complaint. This document was docketed as an amendment to the complaint.

Pursuant to the Local Rules, however, Plaintiff's filing on June 5, 2012 did not constitute an amended complaint. See Civil L.R. 10-1 ("Any party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference."). If Plaintiff seeks to amend his complaint to correct the federal statute he asserts as the basis for his complaint, he should file an amended complaint in full that includes that change.

If Plaintiff wishes to file an amended complaint, he may do so no later than June 29, 2012. Upon receipt of an amended complaint, the Court will issue another scheduling order for non-ADA cases. The scheduling order that was issued on May 1, 2012 is vacated.

If he has not done so already, Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or

signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, if he has not done so already, which is available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: June 13, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge