1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ALEXANDER HARRISON,                          No. C -12-02174 EDL

9            Plaintiff,                          **ORDER REGARDING PLAINTIFF'S**
                                                 **FILINGS**
10    v.

11   MELISSA R. JANOSEK,

12            Defendant.
                                           /
13

14        Plaintiff filed this action on May 1, 2012.  Upon the filing of the complaint, the Court issued

15   a scheduling order for cases asserting denial of the right of access under the Americans with

16   Disabilities Act (ADA), 42 U.S.C. §§ 12131-89.  On June 5, 2012, Plaintiff filed a document stating

17   that this case does not arise under the Americans with Disabilities Act, but instead arises under 18

18   U.S.C. § 242, which is pled in his original complaint.  This document was docketed as an

19   amendment to the complaint.

20        Pursuant to the Local Rules, however, Plaintiff's filing on June 5, 2012 did not constitute an

21   amended complaint.  See Civil L.R. 10-1 ("Any party filing or moving to file an amended pleading

22   must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by

23   reference.").  If Plaintiff seeks to amend his complaint to correct the federal statute he asserts as the

24   basis for his complaint, he should file an amended complaint in full that includes that change.

25        If Plaintiff wishes to file an amended complaint, he may do so no later than June 29, 2012.

26   Upon receipt of an amended complaint, the Court will issue another scheduling order for non-ADA

27   cases.  The scheduling order that was issued on May 1, 2012 is vacated.

28        If he has not done so already, Plaintiff may wish to seek assistance from the Legal Help

Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or

**United States District Court**
For the Northern District of California

1   signing up for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help

2   Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not

3   legal representation.  The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, if he

4   has not done so already, which is available free of charge from the Court's website

5   (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San

6   Francisco, CA.

7           **IT IS SO ORDERED.**

8   Dated: June 13, 2012

9                                                    ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge

**United States District Court**
For the Northern District of California

2